[No. 47267-8-II.   Division Two.   August 16, 2016.]

*In the Matter of the Personal Restraint of* JEREMY DAVID ROSENBAUM, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.

[No. 47286-4-II.   Division Two.   August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ROBERT BOWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00928-1, Leila Mills, J., entered February 27, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 47291-1-II.   Division Two.   August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS ANDREW OXFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-02397-9, Scott A. Collier, J., entered March 3, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.

[No. 47481-6-II.   Division Two.   August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TYSON JAMES KILLION, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01159-1, Erik D. Price, J., entered April 17, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.